

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Steven Ceasar Uresti,

\* From the 70th District Court
of Ector County,
Trial Court No. A-39,257.

Vs. No. 11-15-00238-CR

\* September 29, 2017

The State of Texas,

\* Memorandum Opinion by Bailey, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.